**UNITED STATES of America,**
**Appellee,**

v.

**Dana Brent JOHNSON, Appellant.**

No. 06–1886.

United States Court of Appeals,
Eighth Circuit.

Submitted: Dec. 19, 2006.

Filed: Dec. 21, 2006.

John S. Courter, Des Moines, IA, for United States of America.

Dana Brent Johnson, Des Moines, IA, pro se.

John P. Messina, James Whalen, Federal Public Defender's Office, Southern Dis-

trict of Iowa, Des Moines, IA, for Appellant.

Before MURPHY, BYE, and MELLOY, Circuit Judges.

PER CURIAM.

Dana Johnson appeals the 7–month prison sentence that the district court[1] imposed after revoking his supervised release. We dismiss the appeal as moot, because he was released from custody on October 17, 2006. *See Spencer v. Kemna*, 523 U.S. 1, 6, 18, 118 S.Ct. 978, 140 L.Ed.2d 43 (1998) (declaring moot challenge to allegedly erroneous parole revocation because defendant had already served entire sentence).

Accordingly, we dismiss this appeal as moot.

---

1. The Honorable Ronald E. Longstaff, United States District Judge for the Southern District of Iowa.